IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| SEPTIMUS ANDERSON, § | |
| TDCJ No. 1690473, § | |
|     Petitioner, § | |
| § | |
| v. § | CIVIL NO. 2:17-CV-0057 |
| § | |
| LORIE DAVIS, Director, § | |
| Texas Department of Criminal § | |
| Justice, Correctional Institutions § | |
| Division, § | |
|     Respondent. § | |

### SUPPLEMENTAL BRIEF

The Court has ordered the Director to "address whether petitioner's length of imprisonment was extended as a result of the disciplinary hearing" that Anderson challenges in this habeas proceeding. ECF 14. The Director responds that Anderson's length of imprisonment remains the same. He is still serving a 35-year sentence for possession of a controlled substance. As explained in the attached affidavit from TDCJ Classification and Records, Anderson was conditionally approved for parole but was unable to meet the conditions of his parole release because of the disciplinary hearing finding of guilt. *See* Exhibit A. As a result, his conditional release vote was withdrawn by the parole board. Anderson does not possess a liberty interest in being released on parole. *Allison v. Kyle*, 66 F.3d 71, 73-74 (5th Cir. 1995) (citations omitted). Thus, to the extent that Anderson contends that his parole eligibility has been adversely affected by the challenged disciplinary hearing, he does not state a basis for relief. *See Sandin v. Conner*, 515 U.S. 472, 487 (1995).

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

JEFFREY C. MATEER
First Assistant Attorney General

ADRIENNE McFARLAND
Deputy Attorney General
for Criminal Justice

EDWARD L. MARSHALL
Chief, Criminal Appeals Division

*Lead Counsel

s/ Jessica Manojlovich
JESSICA MANOJLOVICH*
Assistant Attorney General
State Bar No. 24055632

P. O. Box 12548, Capitol Station
Austin, Texas 78711
(512) 936-1400
(512) 936-1280 (FAX)

ATTORNEYS FOR RESPONDENT

## CERTIFICATE OF SERVICE

 I do hereby certify that a true and correct copy of the above and foregoing pleading has been served by placing the same in the United States Mail, postage prepaid, on this the 29th day of August, 2017, addressed to:

Septimus Anderson
TDCJ-CID No. 1690473
Jordon Unit
1992 Helton Road
Pampa, Texas 79065

        <u>s/ Jessica Manojlovich</u>
        JESSICA MANOJLOVICH
        Assistant Attorney General